STATE OF NEW JERSEY v. EUGENE F. MULCAHY.

March 25, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. EUGENE F. MULCAHY.

March 25, 1986.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. RONALD DUARTE.

March 25, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JON EUGENE MOLL.

March 25, 1986.

Petition for certification denied.   (See 206 *N.J.Super.* 257)

STATE OF NEW JERSEY v. RAYMOND CUEBAS.

March 25, 1986.

Petition for certification denied.